# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:06CV204

| | |
|---|---|
| DORIS A. McKISSICK, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>PAUL BARNES, Commissioner )<br>of Social Security, )<br>)<br>Defendant. )<br>_____ ) | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court *sua sponte* for summary dismissal of the complaint.

By Order of July 6, 2006, the Court denied the Plaintiff's application to proceed in this matter without the prepayment of the required filing fees. The Court afforded the Plaintiff 20 days in which to do so; the deadline for paying the required fee was July 26, 2006, and as of this date, no fees have been paid to the Clerk by the Plaintiff.

**IT IS, THEREFORE, ORDERED** that this matter is hereby **DISMISSED** for failure to pay the required filing fees herein.

Signed: July 31, 2006

Lacy H. Thornburg
United States District Judge